SUMMARY DISPOSITION ORDER

389 P.3d 945

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Joshua VASCONCELLOS,
Defendant-Appellant**

**NO. CAAP-16-0000216**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 10, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT, KONA DIVISION, (CASE NO. 3DTC-15-042768)

Affirmed.

